1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES S. DAVIS,                          1:07-cv-00936-LJO-SMS PC

12              Plaintiff,

13              vs.                            ORDER TO SUBMIT NEW **SIGNED**
                                               APPLICATION TO PROCEED IN
                                               FORMA PAUPERIS **OR** PAY FILING FEE
14    UNITED STATES OF AMERICA, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action

18    pursuant to 28 U.S.C. § 1331, together with an application to proceed in forma pauperis pursuant

19    to 28 U.S.C. § 1915 and a copy of his prison trust account statement.  However, plaintiff's

20    application to proceed in forma pauperis did not include plaintiff's required **original** signature.[1]

21    Each document submitted for filing must include the original signature of the filing party or

22    parties.  Local Rule 7-131; F.R.C.P. 11(a).  Plaintiff will be provided the opportunity to submit a

23    new application to proceed in forma pauperis which includes his original signature, **or** pay the

24    $350.00 filing fee.

25    _____

26              [1] Plaintiff typed his name rather than signed his name.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis which includes his original signature, or in the alternative, pay the $350.00 filing fee. Plaintiff is not required to re-submit a certified copy of his prison trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 24, 2007**              _____**/s/ Sandra M. Snyder**_____
                                          UNITED STATES MAGISTRATE JUDGE