# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES S. DAVIS,                          CASE NO. 1:07-cv-00936-LJO-SMS PC

                    Plaintiff,           ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS, AND DISMISSING
         v.                              ACTION, WITH PREJUDICE, FOR FAILURE
                                         TO OBEY A COURT ORDER AND FAILURE
UNITED STATES OF AMERICA, et al.,        TO STATE A CLAIM

                    Defendants.          (Docs. 14 and 16)
_____/

         Plaintiff James S. Davis is a federal prisoner proceeding pro se in this civil action.  The

matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

Local Rule 72-302.

         On June 10, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and

Recommendations was to be filed within eleven days.  No objections were filed.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

and Recommendations to be supported by the record and by proper analysis.

         Accordingly, IT IS HEREBY ORDERED that:

         1.       The Findings and Recommendations, filed June 10, 2008, is adopted in full; and


         2.       This action is dismissed, with prejudice, for failure to obey a court order and failure

                  to state a claim upon which relief may be granted.


IT IS SO ORDERED.

**Dated:    July 22, 2008**              _____/s/ Lawrence J. O'Neill_____
                                         UNITED STATES DISTRICT JUDGE

1